ORIGINAL

MARSHALL K. FLOWERS
ANNA FLOWERS
50 Albert Street
Goodwood 5034
Adelaide South Australia

Tel: 011 61 8 8272-0153

Appellants/Plaintiffs Pro-Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

| | |
|---|---|
| MARSHALL KENNETH FLOWERS,<br><br>        Plaintiff,<br><br>Vs.<br><br>UNITED STATES DEPARTMENT OF<br>THE ARMY; et.al.,<br><br>        Defendants.<br><hr>MARSHALL KENNETH FLOWERS and<br>ANNA FLOWERS,<br><br>        Plaintiffs,<br><br>Vs.<br><br>UNITED STATES DEPARTMENT OF<br>THE ARMY; AND FIRST HAWAIIAN<br>BANK<br><br>        Defendants. | ) APPEAL NO.: 04-16153<br>)<br>) Lower Court Civ. Nos.:<br>)<br>)   99-00335 SPK BMK<br>)   01-00412 SPK BMK<br>)<br>) NOTICE OF CHANGE OF<br>) PERMANENT ADDRESS AND<br>) MAILING ADDRESS FOR<br>) PLAINTIFFS-APPELLANTS<br>) MARSHALL K. FLOWERS AND ANNA<br>) FLOWERS; CERTIFICATE OF<br>) SERVICE |

To: Office of the Clerk
United States District Court
Prince Kuhio Building
300 Ala moana Blvd.
Honolulu, Hawaii 96850

and to: All Parties Concerned:

Reference: Notice of Change of Permanent and Mailing Address and telephone number in App. Case Number 04-16153 For Plaintiffs-Appellants Marshall K. Flowers and Anna Flowers

Please be advised that all correspondences and/or motions file with the court should be sent to Plaintiffs' Permanent address as noted below until further notice:

<u>MARSHALL K. FLOWERS and ANNA FLOWERS</u>

        50 Albert Street
        Goodwood 5034
        Adelaide, South Australia

Telephone Number    011 61 8 8272-0153 (Australia)
Fax:                   *011 61 8 8272-0153

* Fax and voice calls are on the same telephone. Prior notice must be provided to receive faxes

Please be aware that correspondences and/or motions mailed from the USA to Australia take several days and to expedite matters a fax transmission will be appreciated.

Any questions pertaining to this change can be directed to either of the Plaintiffs-Appellants at the address and or telephone number provided.

Additionally, there is a time difference (international date line) from Australia to the USA depending on the various USA location.

DATED: Adelaide, South Australia   January 9, 2006          .

_Marshall K. Flowers_
MARSHALL K. FLOWERS

_Anna Flowers_
ANNA FLOWERS

Plaintiffs-Appellants Pro-Se

CERTIFICATE OF SERVICE

I, MARSHALL K. FLOWERS, hereby certify that in accordance with the laws. State of Hawaii the following documents as stated:
   Notice of Change of Permanent Address And Mailing Address was served upon the attorney(s), at their last known address

by:    (XX) International Air Mail        ( ) Hand Delivery

TO:
   THEDORE MEEKER
   Asst. U.S. Attorney
   Rm. 6-100, PJKK Federal Bldg.
   300 Ala Moana Blvd.
   Honolulu, Hawaii 96850
   Telephone: (808) 541-2840

   Attorney for Defendant United States Army

   Department of Justice
   Attn: Alisa Klein
   950 Pennsylvania Ave. N.W., Room 7235
   Washington, D.C. 20530

   Attorney, Civil Division

   JEFFRE W. JULIANO
   JEFFREY K. HESTER
   Grosvenor Center, 24th Floor
   733 Bishop Street
   Honolulu, Hawaii 96813

   Attorney for Defendant Fort Jackson Federal Credit Union

   WATANABE ING & KAWASHIMA
   JOHN T. KOMEIJI, ESQ.
   First Hawaiian Center
   999 Bishop Street, 23rd Floor
   Honolulu, Hawaii 96813

   Attorney for Defendant First Hawaiian Bank

DATED: Adelaide, South Australia  January 9, 2006                        .

                                   _Marshall K. Flowers_
                                   MARSHALL K. FLOWERS
                                   Plaintiff\Appellant Pro-Se