UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARSHALL KENNETH FLOWERS; et al.,<br><br>Plaintiffs - Appellants,<br><br>V.<br><br>UNITED STATES ARMY, 25th Infantry Division; et al.,<br><br>Defendants - Appellees. | No. 04-16153<br>D.C. No. CV-99-00335-SPK<br>CV-01-00412-SPK<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 05/03/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 5 - 2006

by: _____
Deputy Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK