```
INTERNAL USE ONLY: Proceedings include all events.
04-16153 Flowers, et al v. U S ARMY, et al

MARSHALL KENNETH FLOWERS            Marshall Kenneth Flowers
     Plaintiff - Appellant          FAX 8358-3051
                                    011 61 8 8358-5890
                                    [COR LD NTC prs]
                                    50 Albert Street
                                    Good Wood 5034
                                    Adelaide, S. Australia,


ANNA FLOWERS                        Anna Flowers
     Plaintiff - Appellant          FAX 8358-3051
                                    011 61 8 8358-5890
                                    [COR LD NTC prs]
                                    50 Albert Street
                                    Good Wood 5034
                                    Adelaide, S. Australia,


   v.

UNITED STATES ARMY, 25th            Thedore Meeker, Esq.
Infantry Division                   FAX
     Defendant - Appellee           808/541-2840
                                    Room 6-100
                                    [COR LD NTC gov]
                                    USH - OFFICE OF THE U.S.
                                    ATTORNEY
                                    PJKK Federal Building
                                    300 Ala Moana Blvd.
                                    P.O. Box 50183
                                    Honolulu, HI 96850

                                    Mark B. Stern, Esq.
                                    FAX 202/307-2551
                                    202/514-5089
                                    Room 7531
                                    [COR LD NTC aus]
                                    Alisa B. Klein, Esq.
                                    FAX 202/514-8202
                                    202/514-1597
                                    Room 7235
                                    [COR LD NTC aus]
                                    DOJ - U.S. DEPARTMENT OF
                                    JUSTICE
                                    Civil Division/Appellate Staff
                                    950 Pennsylvania Ave., NW
                                    Washington, DC 20530-0001

FORT JACKSON FEDERAL CREDIT         Thedore Meeker, Esq.
UNION                               (See above)
     Defendant - Appellee           [COR LD NTC gov]

                                    Jeffre W. Juliano, Esq.
                                    808-524-8350
                                    24th Floor
```

```
INTERNAL USE ONLY: Proceedings include all events.
04-16153 Flowers, et al v. U S ARMY, et al
```

|  |  |
|---|---|
|  | [COR LD NTC ret]<br>REINWALD, O'CONNOR, MARRACK,<br>HOSKINS AND PLAYDON<br>Grosvenor Center<br>733 Bishop Street<br>PRI Tower<br>Honolulu, HI 96813 |
|  | Jeffre W. Juliano, Esq.<br>FAX 808/524-8350<br>808/524-8350<br>24th Floor<br>[COR LD NTC ret]<br>REINWALD O'CONNOR & PLAYDON, LLP<br>733 Bishop Street<br>Honolulu, HI 96813 |
| FIRST HAWAIIAN BANK<br>    Defendant - Appellee | John T. Komeiji, Esq.<br>808/544-8300<br>23rd Floor<br>[COR LD NTC ret]<br>WATANABE ING & KAWASHIMA<br>First Hawaiian Center<br>999 Bishop St<br>Honolulu, HI 96813 |
| UNITED STATES OF AMERICA<br>    Defendant - Appellee | Thedore Meeker, Esq.<br>(See above)<br>[COR LD NTC gov]<br><br>Mark B. Stern, Esq.<br>(See above)<br>[COR LD NTC aus]<br>Alisa B. Klein, Esq.<br>(See above)<br>[COR LD NTC aus] |
| THOMAS E. WHITE, Secretary of the Army<br>    Defendant - Appellee | Thedore Meeker, Esq.<br>(See above)<br>[COR LD NTC gov]<br><br>Mark B. Stern, Esq.<br>(See above)<br>[COR LD NTC aus]<br>Alisa B. Klein, Esq.<br>(See above)<br>[COR LD NTC aus] |
| JOHN OHL WEILER, Captain<br>    Defendant - Appellee | Thedore Meeker, Esq.<br>(See above)<br>[COR LD NTC gov]<br><br>Mark B. Stern, Esq. |

```
                                                                    i
INTERNAL USE ONLY: Proceedings include all events.
04-16153 Flowers, et al v. U S ARMY, et al
                              (See above)
                              [COR LD NTC aus]
                              Alisa B. Klein, Esq.
                              (See above)
                              [COR LD NTC aus]
```